IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAY L. LINEWEBER,<br><br>　　　　Defendant. | **4:13CR3135**<br><br>**MEMORANDUM AND ORDER** |

　　　　Based on the information in the defendant's financial affidavit, as discussed and confirmed in open court,

　　　　IT IS ORDERED that the defendant's request for appointed counsel is denied without prejudice to re-asserting upon a showing that the defendant made a reasonable effort to secure counsel and was unable to do so for any reason, including the lack of liquid funds to pay an initial retainer.

　　　　November 27, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge