IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RAY L. LINEWEBER,<br><br>     Defendant. | 4:13CR3135<br><br>**ORDER** |

  Defendant has moved to continue the trial currently set for February 2, 2015. (Filing No. 43). As explained in the motion, the defendant will be undergoing medical treatment during the currently scheduled trial date. Rather than further delay this case, the case will be tried before (not after) the scheduled medical treatment. Accordingly,

  IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 43), is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 20, 2015, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at commencement of trial.

3) The Court further finds that the ends of justice will be served by re-scheduling the trial; and that the purposes served by changing the trial date outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 20, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

December 23, 2014.

                  BY THE COURT:
                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge